# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dawn Miller<br>14740 Albany Ave.<br>Posen, IL 60469<br><br>    Plaintiff,<br><br>v.<br><br>Federated Check Bureau, Inc.<br>708 Foote Ave., Suite 117<br>Jamestown, NY 14701<br><br>    Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around June 29, 2010, Defendant telephoned Plaintiff and left a voice message.

6. During this communication, Defendant's employee falsely represented himself as "an investigator of fraudulent activity".

7. On or around June 29, 2010, Plaintiff telephoned Defendant in response to the message referenced above.

8. During this communication, Defendant accused Plaintiff of committing fraud.

9. During this communication, Defendant falsely represented that Plaintiff had been sued.

10. During this communication, Defendant falsely represented that Plaintiff could face jail time unless the she made a payment by July 5, 2010.

11. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

17. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

18. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

                           RESPECTFULLY SUBMITTED,

                           Legal Helpers, P.C.

                           By: <u>s/Timothy J. Sostrin</u>
                                Timothy J. Sostrin
                                Bar ID # 6290807
                                233 S. Wacker
                                Sears Tower, Suite 5150
                                Chicago, IL 60606
                                Telephone: 866-339-1156
                                Email: tjs@legalhelpers.com
                                Attorneys for Plaintiff